IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JULIA McGUIRE                                                    PLAINTIFF

    vs.                  CASE No. 05-2144

WHIRLPOOL CORPORATION                                            DEFENDANT

## **O R D E R**

Plaintiff brings this action against Defendant asserting an unlawful termination claim under the Family Medical Leave Act (FMLA), 29 U.S.C. § 2601, *et seq.* (Doc. 1.) Currently before the Court is Defendant's Motion for Summary Judgment (Doc. 28), Defendant's supporting memorandum (Doc. 29), Plaintiff's Response (Doc. 34), and Defendant's Reply (Doc. 36).

The Court finds that there are genuine issues of material fact precluding summary judgment on Plaintiff's FMLA claim, specifically whether Plaintiff was terminated for exercising her rights under the FMLA. Accordingly, the Motion for Summary Judgment is hereby DENIED in all respects. Plaintiff's claim of unlawful termination shall proceed to trial, currently scheduled for the week of October 16, 2006.

IT IS SO ORDERED this 4th day of August 2006.

                                        /S/ Robert T. Dawson
                                        Robert T. Dawson
                                        United States District Judge